UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRITTANY COLON,

    Plaintiff,

v.                                              Case No. 17-cv-374

SHAMROCK MOTEL RESORT & SUITES,

    Defendant.

---

## STIPULATED DISMISSAL WITH PREJUDICE

---

NOW COME the parties, Brittany Colon and Starb, LLC, improperly designated in the Complaint as Shamrock Motel Resort & Suites, by and through their counsel, and stipulate and agree to the dismissal of all claims contained in the above-captioned lawsuit with prejudice and without costs or fees to any party. The parties request that the Court enter the Order which follows immediately below.

Dated: July 7, 2017

AXLEY BRYNELSON, LLP

By: _____
    Kevin D. Trost, State Bar No. 1028231
    Attorneys for Starb, LLC
    2 East Mifflin Street, Suite 200
    Madison, WI 53701-1767
    Telephone: (608) 257-5661
    Facsimile: (608) 257-5444
    Email: ktrost@axley.com

Dated: July 7, 2017

LEVINE LYON, S.C.

By: _____
    Jeremy Lyon, State Bar No. 1094374
    Attorneys for Brittany Colon
    14 W. Mifflin Street, Suite 206
    Madison, WI 53703
    Telephone: 888-367-8198 x. 702
    Facsimile: 608-268-8607
    Email: jeremy@levinelyon.com

## ORDER

The Court, having reviewed the parties' Stipulated Dismissal with Prejudice, and being duly advised in the premises, hereby enters the following order consistent with the parties' stipulation;

IT IS HEREBY ORDERED that the claims contained in the above-captioned lawsuit are dismissed with prejudice and without costs.

Dated this _____ day of July, 2017.

_____
Stephen L. Crocker
U.S. Magistrate Judge